IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ROBERT STEVEN ANDERSON,

      Appellant,

 v.

                        Case No.  5D21-646
                        LT Case No. 2017-CF-001318-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed July 5, 2022

3.850 Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Robert David Malove, of The Law
Office of Robert David Malove, P.A.,
Ft. Lauderdale, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Bonnie Jean Parrish, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

WALLIS, SASSO and NARDELLA, JJ., concur.